## EHRLICH *v.* DIXIE COTTON COMPANY.

LUMPKIN, J. This case is controlled by the ruling this day made in the case of *Cooper* v. *Dixie Cotton Co.*, ante, except that in the present case

there was involved a plea of non est factum, which was submitted to the jury, and as to which no point was raised in this court.

*Judgment affirmed. All the Justices concur, except Atkinson, J., dissenting.*

AUGUST 13, 1915.  REHEARING DENIED SEPTEMBER 18, 1915.

For description see case next preceding.

*Judgment affirmed. All the Justices concur.*